**Electronically Filed
Supreme Court
SCWC-24-0000078
29-APR-2026
11:34 AM
Dkt. 45 ODAC**

SCWC-24-0000078

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

PACIFIC HAWAII FOOD SERVICE LLC,
Respondent/Plaintiff-Appellee,

vs.

JIN QUAN YANG,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000078; CASE NO. 2CCV-22-0000181)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens JJ.,
and Circuit Judge Remigio, assigned by reason of vacancy)

The application for writ of certiorari filed by Petitioner/Defendant-Appellant Jin Quan Yang on March 23, 2026, is hereby rejected.

DATED:  Honolulu, Hawai'i, April 29, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Catherine H. Remigio

